UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2821-WHITE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HASSAN SAIED KESHARI,

    Defendant.

_____

**DETENTION ORDER**

Pursuant to 18 U.S.C. § 3142(f), on June 26, 2008, a hearing was held to determine whether defendant HASSAN SAIED KESHARI should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this defendant as required. Therefore, it is hereby ordered that the defendant HASSAN SAIED KESHARI be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(I), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by Criminal Complaint in the Southern District of Florida with conspiracy (1) to export from the United States defense articles for which a license is required without first obtaining the required license or written approval from the Department of State, in violation of Title 22, U.S.C. § 2778, and Title 22, C.F.R. §§ 121.1, 123.1, and 127.1, and (2) to export and cause to be exported U.S. made goods from the United States to the Islamic Republic of Iran without having first obtained the

required authorizations from the office of Foreign Assets Control, in violation of Title 50 U.S.C. §§ 1702 and 1705(b), and Title 31 C.F.R. § 560; all in violation of Title 18 U.S.C. 371.  Title 18, United States Code, Section 3142(e) and (f).

    2.  The weight of the evidence against the defendant is substantial. The government has proffered that from August 2006, to the present, the defendant conspired with the co-defendant to export military parts to Iran. The defendant caused the shipment of helicopter and F14 fighter jet parts to Iran.  The defendant knew that the sale of military parts to Iran is forbidden by United States law.

    3.  The pertinent history and characteristics of the defendant support pretrial detention.  The defendant was born on April 10, 1960, in Tehran, Iran. The defendant is a naturalized United States citizen, but also possess an Iranian passport.  While the defendant's wife and children reside in California, the defendant's parents and siblings reside in Iran.  The defendant has traveled extensively to Iran in the recent past.  The defendant has been exporting military parts to Iran with the assistance of relatives who reside in Iran.  The relatives have the means to support the defendant if the defendant were to flee to Iran. The court notes that the defendant has family and friends who are willing to pledge 4.5 million dollars in assets in support of the defendant's bond.  The Court finds that this amount is not sufficient to assure that the defendant does not flee the United States.  Title 18, United States Code, Section 3142(g)(3)(A).

    4.   Because of the seriousness of his offense and the defendant's substantial ties to Iran, the undersigned believes that the defendant would not appear if released on bond.

    5.  The Court specifically finds, by a preponderance of the evidence, that there

are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required. Based upon the above findings of fact, which were supported by a preponderance of the evidence, the Court has concluded that this defendant presents a risk of flight.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this 26th day of June, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Pretrial Services